THE REAL ESTATE-LAND TITLE AND TRUST COMPANY, as Trustee, etc., Respondent, v. COMMONWEALTH BOND CORPORATION, Appellant.— Order modified by granting items 1, 2, 3, 4, 5 and 6 of the notice of motion, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH DEMBAR, an Incompetent, by MARY DEMBAR, His Guardian ad Litem, Respondent, v. CHARLES T. GYSIN, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FRANK F. LOVELL, Appellant, v. HARPER & BROTHERS and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CONSOLIDATED LAUNDRIES CORPORATION, Appellant, v. JOSEPH ROTH, Respondent.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOHN J. NEFF, Respondent, and EARL E. CAMPBELL and Others, Intervening Respondents, v. THE FARMERS' LOAN AND TRUST COMPANY and Others, Appellants, Impleaded with GUARANTY TRUST COMPANY OF NEW YORK, Defendant. — Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NICHOLAS A. STAVROUDIS, Appellant, v. MARGUERITE MEISNER STAVROUDIS, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANNIE GLASGALL, Also Known as ANNA GLASGALL, Respondent, v. FANNIE FEINMAN and PHILIP FEINMAN, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JULIUS MESERITZ' SONS, INC., Appellant, v. IRVING J. DRONSICK, Respondent. — Order reversed, with twenty dollars costs and disbursements, and motion remitted to the Court at Special Term for decision by the justice who heard the original motion. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BRYANT PARK BANK v. PACIFIC FINANCE CORPORATION and LEO RITTER.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

FEDERAL CREDIT BUREAU, INC., v. ZELKOR DINING CAR CORPORATION.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin and O'Malley, JJ.